VIRGINIA BURKLEY, PETITIONER-RESPONDENT, v. CITY OF ATLANTIC CITY, RESPONDENT-PETITIONER.

See same case below: 68 *N. J. Super.* 160.

*Mr. Harry Miller* for the petitioner.

*Mr. Alexander K. Blatt* for the respondent.

September 19, 1961.   Denied.

VINCENT RISCO, PLAINTIFF-RESPONDENT, v. WERNER MACHINE CO., INC., ET AL., DEFENDANTS-PETITIONERS.

*Messrs. Frankel & Frankel* and *Mr. Alfred R. Gessinger* for the petitioners.

*Messrs. Marcus & Levy* and *Mr. John Selawsky* for the respondent.

September 19, 1961.   Denied.